UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**EASTERN REGIONAL MEDICAL CENTER, INC., et al.,**

    Plaintiffs,

v.                                      Case No. 2:13cv552

**ANTHONY JONES,**

    Defendant

## FINAL ORDER

This matter comes before the court on post-judgment garnishments proceedings filed by the plaintiffs. Plaintiffs received judgment in this court against the defendant, Anthony Jones, in the amount of $1,030,719.13, along with post-judgment interest from the date of the judgment, which was June 17, 2014. The matter was heard by Magistrate Judge Douglas E. Miller on March 30, 2016.

The United States Magistrate Judge's Report and Recommendation (ECF No. 26) was filed on April 29, 2016. The magistrate judge recommended that the court enter the Order of Garnishment included with the status report (ECF No. 25-1) and attached to the Report and Recommendation as Exhibit A.

By copy of the Report and Recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's Report and Recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings

and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed April 29, 2016. Accordingly, the court shall enter the Order of Garnishment.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
Chief Judge

REBECCA BEACH SMITH
CHIEF JUDGE

May 19, 2016